IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>            Plaintiff,  )<br>    )<br>        v.    )<br>    )<br>RICHARD THURMAN, and  )<br>LORI THURMAN,  )<br>    )<br>            Defendants.  )<br>_____)  | CR. No. S-10-299 WBS<br><br>ORDER DISMISSING<br>SECOND SUPERSEDING INDICTMENT<br>AS TO RICHARD AND LORI<br>THURMON |

    For good cause shown, it is hereby ORDERED dismissing all charges in the second superseding indictment as to co-defendants RICHARD THURMAN and LORI THURMAN.

DATED: December 12, 2012    /s/ John A. Mendez
                                      U.S. DISTRICT JUDGE for
                                      WILLIAM B. SHUBB
                                      U.S. DISTRICT JUDGE