**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Tel: (707) 644-4004
Fax: (707) 644-7528

Attorney for Defendant
RICHARD THURMAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>RICHARD THURMAN, )<br>)<br>Defendant. )<br>_____ ) | No. 2:10-cr-00299-WBS<br><br>**STIPULATION AND [PROPOSED] ODER FOR RELEASE OF FIREARMS SEIZED PURSUANT TO SEARCH WARRANT APN 043-020-014** |

   The parties hereby stipulate that the United States Attorney's Office, through the Shasta County Sheriff's Office, return a Winchester 12 guage shotgun, serial no. 59572; an Ithaca .410 shotgun, serial no. 216911; a Stevens 12 guage shotgun, serial no. E102869; a Stevens 12 gauge shotgun with no serial number; a Savage .243 rifle, serial no. A895326; a Martin .22 rifle, serial no. 6842602; a .357 rifle, serial no. 14792; and a Stevens .22 rifle with no serial number to Defendant RICHARD THURMAN.

   Defendant RICHARD THURMAN's Winchester 12 guage shotgun, serial no. 59572; an Ithaca .410 shotgun, serial no. 216911; a Stevens 12 guage shotgun, serial no. E102869; a Stevens 12 gauge shotgun with no serial number; a Savage .243 rifle, serial no. A895326; a

1 Martin .22 rifle, serial no. 6842602; a .357 rifle, serial no. 14792; and a Stevens .22 rifle with no
2 serial number were seized pursuant to search warrant APN 043-020-014 executed on or about
3 July 1, 2010 by agents from the F.B.I., D.E.A., S.I.N.T.F., and N.S.M.I.T.  All of the weapons
4 seized pursuant to the search warrant were turned over to Shasta County Sheriff Office Deputy
5 Mike Nelson for safekeeping.   On or about December 13, 2012, the charges against Defendant
6 RICHARD THURMAN, in the above entitled case, were dismissed by the Honorable United
7 States District Court Judge John A. Mendez.
8      Therefore, the parties have stipulated that the United States Attorney's Office,
9 through the Shasta County Sheriff's Office, return a Winchester 12 guage shotgun, serial no.
10 59572; an Ithaca .410 shotgun, serial no. 216911; a Stevens 12 guage shotgun, serial no.
11 E102869; a Stevens 12 gauge shotgun with no serial number; a Savage .243 rifle, serial no.
12 A895326; a Martin .22 rifle, serial no. 6842602; a .357 rifle, serial no. 14792; and a Stevens .22
13 rifle with no serial number to Defendant RICHARD THURMAN.

                                        Respectfully submitted,

17 Date: January 2, 2013           /s/ Tim A. Pori
                                        TIM A. PORI
18                                         Attorney for Defendant THURMAN

20 Date: January 2, 2013           /s/ Daniel McConkie (Authorized on 1/2/13)
                                        DANIEL McCONKIE
21                                         Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the United States Attorney's Office, through the Shasta County Sheriff's Office, return a Winchester 12 guage shotgun, serial no. 59572; an Ithaca .410 shotgun, serial no. 216911; a Stevens 12 guage shotgun, serial no. E102869; a Stevens 12 gauge shotgun with no serial number; a Savage .243 rifle, serial no. A895326; a Martin .22 rifle, serial no. 6842602; a .357 rifle, serial no. 14792; and a Stevens .22 rifle with no serial number to Defendant RICHARD THURMAN.

Dated: January 2, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE